UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| JOELONDA WHITE, ) | Case No. 10-52083-399 |
| ) | Judge Kathy A. Surratt-States |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| HOUSING AUTHORITY OF ) | **Adversary No. 10-4504-659** |
| ST. LOUIS COUNTY, ) | |
| ) | |
| Plaintiff, ) | **PUBLISHED** |
| ) | |
| -v- ) | |
| ) | |
| JOELONDA WHITE, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Upon consideration of the record as a whole, and consistent with the Findings of Fact and Conclusions of Law entered separately in this matter,

**IT IS ORDERED THAT** Plaintiff's Motion for Summary Judgment and Statement of Undisputed Material Facts is GRANTED; and judgment on the Complaint is entered in favor of Plaintiff Housing Authority of St. Louis County and against Debtor/Defendant Joelonda White in that the debt for excess rental assistance in the amount of $2,113.00 is excepted from discharge pursuant to Section 523(a)(2)(B); and this is the final judgment and Order of the Bankruptcy Court in this case.

_Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: October 3, 2011
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Joe D. Jacobson
Green Jacobson, PC
7733 Forsyth Blvd., Suite 700
Clayton, MO 63105

Timothy John Lemen
Green Schaaf & Jacobson, P.C.
7733 Forsyth Blvd., Suite 700
St. Louis, MO 63105

Robert E. Faerber, Jr.
230 S. Bemiston, Ste. 600
Clayton, MO 63105

Housing Authority of St. Louis County
8865 Natural Bridge
St. Louis, MO 63121

Phillip C Boyd
Green Jacobson, P.C.
7733 Forsyth Boulevard, Suite 700
Clayton, MO 63105

Joelonda White
7419 JenWood
Saint Louis, MO 63136